Age 42

Angelina Leatherwood
vs.
United States

10/30/22

Docket # 7,20-CR-0015DC-1
Western District Texas (midland)

To whom this may concern: I am writing to request my Docket Sheets, Plea agreement, Sentencing report and Indictment.

And I ask that you waive any and all fees due to my indigence and inability to pay

Thank you Sincerly
Angelina Leatherwood

Address- Angelina Leatherwood
FCI Aliceville
P.O Box 4000
Aliceville, AL 35442

Case 7:20-cr-00115-DC   Document 51   Filed 11/03/22   Page 2 of 2

Angelina Leatherwood
46832-480
Federal Correctional Institution
Aliceville
P.O Box 4000
Aliceville AL
35442

RECEIVED
NOV 03 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

BIRMINGHAM AL 350
31 OCT 2022 PM 5 L

George H.W Bush United States
Midland Federal Court 5th
District
Court House and George
Mahon Fed
100 East Wall St
Midland TX 79701

79701-527599